JOHN D. VERMEULE *vs.* CAROLYN C. VERMEULE.

York.    Opinion February 18, 1915.

*Assignment.    Foreclosure.    Mortgage.    Quitclaim Deed.    Real Action.*

A deed by a mortgagee not in possession, unaccompanied by a transfer or assignment of the mortgage indebtedness, conveys no title.

On report.    Judgment for plaintiff.

This is a real action for certain real estate and is based upon the same allegations, evidence and arguments as the case of John D. Vermeule against Joseph Hover, to which reference is made. The defendant, on motion, was permitted in the court below to plead in equity. By agreement, this case was referred to the Law Court for the determination of the rights of the parties, upon so much of the evidence introduced by either party in the case of *John D. Vermeule v. Joseph Hover*, so far as is legally admissible.

The case is stated in the opinion.

*Charles E. Littlefield, and George C. Yeaton,* for plaintiff.

*LeRoy Haley,* for defendant.

VOL. CXIII 8

SITTING: SAVAGE, C. J., CORNISH, BIRD, HANSON, PHILBROOK, JJ.

PHILBROOK, J. This is a real action presented to this court in conjunction with the case of *John D. Vermeule* v. *Joseph Hover*, ante, and with the exception of one element is based upon the same allegations, evidence and arguments, so that reference is hereby made to that case for a statement of claims made by parties and our conclusions. In this case the defendant claims an additional element and urges that on the first day of August, 1898, Armenious H. Bowden, then the owner and holder of the mortgage given by C. C. Vermeule to said Bowden, by his quitclaim deed of that date, conveyed to her all his right, title and interest in and to the premises covered by the mortgage. But Bowden was not then in possession of the premises and it is now well settled in this State that a deed by a mortgagee out of possession, unaccompanied by a transfer or assignment of the mortgage indebtedness, conveys no title. *Smith* v. *Booth Brothers*, 112 Maine, 297, and cases there cited. It is not claimed that Bowden transferred or assigned the mortgage debt to Mrs. Vermeule.

This quitclaim deed of Bowden to the defendant, therefore, conveyed no title and does not strengthen defendant's claims. Subject to stipulation for verification of description, referred to in *Vermeule* v. *Hover*, the record of which case was to be made part of this case, so far as it might be relevant or material, the entry must be, .

*Judgment for plaintiff.*